UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Oliver Hooper

      v.                           Civil No. 08-cv-426-JD

Warden, New Hampshire
Correctional Facility

PROCEDURAL ORDER

Petitioner, Oliver Hooper, who is represented by counsel, seeks habeas corpus relief pursuant to 28 U.S.C. § 2254 from his state court convictions. The Warden filed a motion for summary judgment on May 15, 2009, and Hooper's objection was due on or before June 15, 2009. On June 30, 2009, Hooper filed an assented-to motion to extend time to object "until 30 days from the time ordered." Motion for Extension of Time, doc. no. 12.

On July 1, 2009, the court granted Hooper's motion for an extension of time. The docket indicated that Hooper's objection was due on or before July 17, 2009. However, the court's July 1, 2009, order set a due date for Hooper's objection for thirty days from the date of the order. Hooper's objection to the Warden's motion for summary judgment is therefore due on or before July 31, 2009.

SO ORDERED.

Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

July 22, 2009

cc: James Q. Butler, Esquire
    Sven D. Wiberg, Esquire
    Elizabeth C. Woodcock, Esquire