
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Oliver Hooper</u>

      v.                Civil No. 08-cv-426-JD

<u>Northern New Hampshire Correctional Facility, Warden</u>


O R D E R

On September 11, 2009, Attorney Sven D. Wiberg filed a Partially Assented to Motion to Withdraw as Attorney for the Petitioner, Document #18. The motion is granted as follows: 1) Counsel may withdraw; 2) The Response deadline to the pending motion for summary judgment will be extended to 45 days after petitioner files a pro se appearance or has counsel appear on his behalf; 3) The Petitioner is herewith directed to advise this court by October 15, 2009, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). Understand that you are under no obligation to retain counsel; you may prosecute this case yourself. If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

The Court declines to appoint counsel for the petitioner at this time.

SO ORDERED.


September 15, 2009                  ***/s/ Joseph A. DiClerico, Jr.***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge


cc:    Sven Wiberg, Esq.
        Elizabeth Woodcock, Esq.