UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Oliver Hooper</u>

    v.                                       Civil No. 08-cv-426-JD

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>

<u>O R D E R</u>

After his retained counsel withdrew, Oliver Hooper filed a motion to have counsel appointed to represent him in his habeas corpus proceeding. On October 5, 2009, the court provided Hooper with the forms necessary to show a financial need for appointed counsel. Hooper has filed a letter explaining his efforts to complete the forms.

To avoid a prolonged delay, Hooper shall file the completed forms, a motion for an extension of time, or a notice that he intends to proceed pro se **on or before November 16, 2009**. If Hooper fails to do so, the case may be dismissed.

SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

October 27, 2009

cc:   Oliver Hooper, pro se
      Elizabeth C. Woodcock, Esquire